## TRATAROS CONSTRUCTION, INC., ET AL. *v.* ROJAC COMPANY, INC. (13941)

## ROJAC COMPANY, INC. *v.* TRATAROS CONSTRUCTION, INC., ET AL. (13942)

O'Connell, Heiman and Spear, Js.

Argued December 4, 1995—decision released January 9, 1996

*Edward J. Dolan,* with whom, on the brief, was *Kent Harvey,* for the appellants (plaintiffs in the first case, defendants in the second case).

*Daniel P. Scapellati,* for the appellee (defendant in the first case, plaintiff in the second case).

PER CURIAM. The judgments are affirmed.